**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Proposed Counsel for PishPosh, Inc., the Chapter 11*<br>*Debtor and Debtor-in-Possession* | |
| In re:<br><br>PISHPOSH, INC.,<br><br>           Debtor. | Chapter 11<br><br>Case No. 25-15424 (CMG) |
| PISHPOSH, INC.,<br><br>           Plaintiff,<br>v.<br><br>SMPL LLC,<br><br>           Defendant. | Adv. Pro. No. |

**ORDER TO SHOW CAUSE (I) SEEKING INJUNCTIVE RELIEF PREVENTING SMPL, LLC FROM DISPOSING OF DEBTOR'S INVENTORY; (II) DECLARING INVENTORY PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 541; AND (III) COMPELLING TURNOVER OF ESTATE PROPERTY PURSUANT TO 11 U.S.C. § 542**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

(Page 2)

Debtor:                        PishPosh, Inc.
Caption of Order:    Order to Show Cause (i) Seeking Injunctive Relief Preventing Defendant From Disposing Of Debtor's Inventory; (ii) Declaring Inventory Property of the Estate Pursuant to 11 U.S.C. § 541; and (iii) Compelling Turnover of Estate Property Pursuant to 11 U.S.C. § 542

---

**THIS MATTER**, having been opened to the Court by Plaintiff PishPosh, Inc. (the "Debtor" or "Plaintiff"), by way of Order to Show Cause (i) Seeking Injunctive Relief Preventing SMPL, LLC ("Defendant") From Disposing of Debtor's Inventory; (ii) Declaring Inventory Property of the Estate Pursuant to 11 U.S.C. § 541; and (iii) Compelling Turnover of Estate Property Pursuant to 11 U.S.C. § 542 (the "Order to Show Cause"), and such other and further relief requested herein; and the Court having considered the Verified Adversary Complaint (the "Complaint") and Memorandum of Law in Support of the Order to Show Cause submitted in support of Plaintiff's application; and for good cause appearing,

**IT IS ORDERED as follows:**

1.      Defendant shall appear before this Court on _____ ____, 2025, at __:00 _.m., or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom #3, Trenton, New Jersey 08608, before the Honorable Christine M. Gravelle, U.S.B.J., and show cause why this Court should not enter an Order as follows:

  A.    Preliminarily restraining Defendant from disposing the Debtor's inventory;

  B.    Declaring the inventory property of the estate under 11 U.S.C. Section 541;

  C.    Ordering Defendant to immediately turnover inventory to Plaintiff; and

  D.    Granting such other and further relief as the Court deems just and equitable.

2

(Page 3)

Debtor:              PishPosh, Inc.

Caption of Order:      Order to Show Cause (i) Seeking Injunctive Relief Preventing Defendant From Disposing Of Debtor's Inventory; (ii) Declaring Inventory Property of the Estate Pursuant to 11 U.S.C. § 541; and (iii) Compelling Turnover of Estate Property Pursuant to 11 U.S.C. § 542

---

2.       A copy of this Order to Show Cause, along with all documents upon which the Order is based, shall be served upon Defendant via overnight delivery and electronic mail within ___ days of the date of this Order at the following addresses:

> Yosef B. Jacobovitch Esq.
> Burton Jacobovitch Law Group
> 500 River Ave #215
> Lakewood, New Jersey 08701
> *Attorneys for Defendant, SMPL LLC*

3.       Such service upon submission of the papers to the overnight courier service shall be deemed proper service of process in lieu of summons upon Defendant.

4.       Defendant shall file with the Court and serve upon Sari B. Placona, Esq., McManimon, Scotland & Baumann, LLC, at 75 Livingston Avenue, Second Floor, Roseland, New Jersey 07068, any papers in opposition to this Order to Show Cause, including certifications, affidavits, and legal memoranda, no later than ___ days before the return date.

5.       Any reply papers, including certification, affidavits, and legal memoranda, that Plaintiff may wish to submit in response to any opposition to this Order to Show Cause shall be filed with the Court and served on Defendant or their counsel no later than one (1) day before the return date.

6.       Appearances will be necessary on the return date to prosecute this application and any opposition thereto.

7.       An answer to the Complaint shall be filed and served in accordance with the Federal Rules of Bankruptcy Procedure.

4903-5952-3657, v. 1